AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| CARACOL TELEVISION S.A.; and CARACOL TELEVISION, INC. <br><br> *Plaintiff(s)* <br><br> v. <br><br> TVMIA INTERNATIONAL CORP. d/b/a/ TVmia and d/b/a/ Telefonica Latina; EDUARDO PEREZ BUCCI; MARCELO J. ADARVEZ; TEVEYA CORP.; and WORLD PASS COMMUNICATIONS CORP. <br><br> *Defendant(s)* | Civil Action No. **16-CV-23486-Scola/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eduardo Perez Bucci
168 SE 4th St.
4th Floor, Suite 407
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fernando Alvarez-Perez
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 15, 2016**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CARACOL TELEVISION S.A.; and CARACOL TELEVISION, INC.<br><br>*Plaintiff(s)*<br>v.<br>TVMIA INTERNATIONAL CORP. d/b/a/ TVmia and d/b/a/ Telefonica Latina; EDUARDO PEREZ BUCCI; MARCELO J. ADARVEZ; TEVEYA CORP.; and WORLD PASS COMMUNICATIONS CORP.<br>*Defendant(s)* | ))))))))))))) | Civil Action No. **16-CV-23486-Scola/Otazo-Reyes** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Marcelo J. Adarvez
168 SE 1st St., Suite 404
Miami, FL 33131


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fernando Alvarez-Perez
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **August 15, 2016**



Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARACOL TELEVISION S.A.; and CARACOL TELEVISION, INC.<br><br>*Plaintiff(s)*<br>v.<br>TVMIA INTERNATIONAL CORP. d/b/a/ TVmia and d/b/a/ Telefonica Latina; EDUARDO PEREZ BUCCI; MARCELO J. ADARVEZ; TEVEYA CORP.; and WORLD PASS COMMUNICATIONS CORP.<br>*Defendant(s)* | Civil Action No. **16-CV-23486-Scola/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TeVeYa Corp.
c/o Alberto P. Cuestas
123 SE 3rd Ave. #368
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fernando Alvarez-Perez
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Date: **August 15, 2016**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| CARACOL TELEVISION S.A.; and CARACOL TELEVISION, INC.<br><br>*Plaintiff(s)*<br>v.<br>TVMIA INTERNATIONAL CORP. d/b/a/ TVmia and d/b/a/ Telefonica Latina; EDUARDO PEREZ BUCCI; MARCELO J. ADARVEZ; TEVEYA CORP.; and WORLD PASS COMMUNICATIONS CORP.<br>*Defendant(s)* | ))))))))))))) | Civil Action No.  **16-CV-23486-Scola/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  TVmia International Corp.
c/o Marcelo J. Adarvez
168 SE 1st St.,
4th Floor, Suite 407
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fernando Alvarez-Perez
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   **August 15, 2016**



Steven M. Larimore
Clerk of Court

SUMMONS

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CARACOL TELEVISION S.A.; and CARACOL TELEVISION, INC.<br><br>*Plaintiff(s)*<br><br>v.<br><br>TVMIA INTERNATIONAL CORP. d/b/a/ TVmia and d/b/a/ Telefonica Latina; EDUARDO PEREZ BUCCI; MARCELO J. ADARVEZ; TEVEYA CORP.; and WORLD PASS COMMUNICATIONS CORP.<br><br>*Defendant(s)* | Civil Action No.  **16-CV-23486-Scola/Otazo-Reyes** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  World Pass Communications Corp.
c/o Alexis M. Ferrero
123 SE 3rd Ave, Suite 368
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Fernando Alvarez-Perez
Brooks, Pierce, McLendon, Humphrey & Leonard
P.O. Box 1800
Raleigh, NC 27602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **August 15, 2016**



SUMMONS

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts