IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case No. 1:16-cv-23486-SCOLA/OTAZO-REYES**

CARACOL TELEVISION S.A., a foreign
corporation, and CARACOL TELEVISION INC.,
a Florida corporation,

    Plaintiffs/Judgment Creditors,

v.

TVMIA INTERNATIONAL, CORP. d/b/a
TVmia and d/b/a Telefonica Latina;
EDUARDO PEREZ BUCCI;
MARCELO J. ADARVEZ; TEVEYA, CORP.;
and WORLD PASS COMMUNICATIONS
CORP.,

    Defendants/Judgment Debtors,

and

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

## PLAINTIFFS' MOTION FOR FINAL JUDGMENT IN GARNISHMENT AND DIRECTING TURN OVER OF DEFENDANT/JUDGEMENT DEBTOR'S FUNDS AT BANK OF AMERICA, N.A.

Plaintiffs, CARACOL TELEVISION S.A. and CARACOL TELEVISION INC. (collectively "Caracol"), by and through undersigned counsel, hereby file this motion for final judgment in garnishment and directing turnover of garnished funds of Defendants/Judgement Debtors WORLD PASS COMMUNICATIONS CORP. (also d/b/a CREDITRIP; UNITEL GLOBAL; VOLAR MEJOR; TVCOLOMBIANA; TICKET CENTER GROUP; TELEFONICA LATINA; BANCO BUCCI; or TO 2 LLAMAN) at Bank of America, N.A., and as grounds states:

1. On December 28, 2017, this Court issued a Final Judgment and Permanent Injunction against the Defendants in the amount of $8,923,586.08 (D.E. 175).

2. On January 11, 2018, Plaintiff/Judgment Creditor Caracol moved this Court for issuance of post-judgment writs of garnishment directed at various banks for accounts indebted to the Defendants/Judgment Debtors, including the accounts at Bank of America, N.A. under the name of UNITEL GLOBAL LIMITED LLC ending in 4486, 4758, 9291, and 9327. The writs were issued by the Clerk on January 12, 2018.

3. Bank of America received a writ of garnishment (the "Writ") for Defendant World Pass Communications Corp. (also d/b/a CREDITRIP; UNITEL GLOBAL; VOLAR MEJOR; TVCOLOMBIANA; TICKET CENTER GROUP; TELEFONICA LATINA; BANCO BUCCI; or TO 2 LLAMAN) (D.E. 219 at Ex. A).

4. On March 9, 2018, Bank of America, N.A. filed a motion for clarification. As indicated in the Motion for Clarification, Bank of America has set aside funds from different accounts titled "Unitel Global Limited d/b/a Telefonica Latina" totaling $16,573.01 (D.E. 219). Unitel Global, LLC contacted the bank to demand release of the funds, arguing that the garnished accounts are not subject to the Writ because "Unitel Global Limited d/b/a Telefonica Latina" purportedly is not a defendant in the referenced action.

5. On March 16, 2018, Plaintiff/Judgment Creditor Caracol filed a Memorandum of Law in Support of Garnishee Bank of America, N.A.'s Motion for Clarification of Writ of Garnishment. In that memorandum, Caracol argued that the accounts titled "United Global Limited d/b/a/ Telefonica Latina" *are subject* to the Writ of Garnishment because (i) the entity claiming to dispute the Writ is merely an extension of the Defendants and is in receipt of funds indebted to Defendants; (ii) said entity has also failed to file an affidavit to challenge the writ of

garnishment; and (iii) the owner of the accounts at issue, Ms. Flavia Ferraro, Managing Member of Unitel Global LLC (and wife of Defendant Eduardo Bucci), had proper notice as she contacted Bank of America directly referencing the Writ on or about February 6, 2018 (*see* D.E. 219 at Ex. C) and was served with the Motion for Clarification by email and U.S. Mail (*see* D.E. 219 at p. 7).

6. Plaintiff/Judgment Creditor Caracol also argued that the bank accounts at issue belong to "Unitel Global Limited d/b/a Telefonica Latina" and that the name "Telefonica Latina" is a Florida registered fictitious named shared by Unitel Global Limited LLC, TVmia International Corp., World Pass Communications Corp., and Eduardo Bucci—a list that does include Judgment Debtors, with the exception of Unitel Global Limited LLC. Since "Telefonica Latina" is the name by which the Defendants are doing business in Florida, Plaintiffs have an equitable interest in funds set aside by Bank of America under the name Telefonica Latina (or funds set aside by any other bank where Telefonica Latina receives money).

7. It is Unitel Global Limited, LLC—not the judgment creditors or the garnishee—that must prove to this Court that the property to be garnished is not indebted to Defendants, but that company has not filed anything attempting to do so. *See Nat'l Car Rental Sys., Inc. v. Bruce A. Ryals Enters., Inc.,* 380 So. 2d 529, 530 (Fla. 5th DCA 1980). Furthermore, Caracol has provided facts in support of the nexus between the Defendants and Unitel Global Limited, LLC, and those facts indicate an affiliation, agency, and/or Joint Venture between them.

8. On March 20, 2018, this Court entered Order on Garnishee, Bank of America, N.A.'s Motion for Clarification of Writ of Garnishment, whereby Bank of America, N.A. was authorized and directed to continue holding the funds at issue until further order of this Court.

9. To date the funds in the accounts at Bank of America, N.A. titled "Unitel Global Limited d/b/a Telefonica Latina" and ending in 4486, 4758, 9291, and 9327 remain frozen, while

the full amount of the final judgment rendered against Defendants on December 28, 2017, has not been satisfied.

10. Where, as here, a third party claims the property belongs to it and not to the judgment debtor, it can file an affidavit to that effect and challenge the writ of garnishment before the court. *See* Fla. Stat. § 77.16(1) (2013). Here, Unitel Global Limited, LLC has not only failed to file an affidavit to challenge the writ of garnishment, after almost two years this company has not taken any further action in this regard. As in *Zivitz v. Zivitz*, 16 So. 3d 841, 849 (Fla. Dist. Ct. App. 2009), here Unitel Global Limited, LLC took a position of deliberate indifference to protect its monies and the undisputed facts reflect that its conduct amounts to inaction where the statute requires an affirmative action.

11. This motion seeks a court order directing Garnishee, Bank of America, N.A., to turn over the funds at issue that currently are in its possession, custody or control to the judgment creditor. Such levy is to be made in partial satisfaction of the money judgment previously entered herein. The judgment debtor and/or Unitel Global Limited, LLC have failed to challenge the restrictions to the frozen funds properly or with diligence. Therefore, Plaintiff/Judgment Creditor Caracol now requests the issuance of a Final Judgment in Garnishment and Debt Collection Turnover Order as to all the funds in the accounts listed above.

12. A copy of a proposed Final Judgment in Garnishment Respect to Bank of America, N.A., and Order to Turnover Funds in attached hereto.

WHEREFORE, the Plaintiffs, CARACOL TELEVISION S.A. and CARACOL TELEVISION INC., request this Honorable Court for a Final Judgment in Garnishment Respect to Bank of America, N.A., and Order to Turnover to Plaintiffs/Judgment Creditors the Funds at Issue in the amount of $16,573.01, and any other relief that this Court deems just and proper.

Respectfully submitted,

Dated: May 4, 2021

/s/ Laura M. Reich
Laura M. Reich
Fla. Bar No. 22792
Clarissa A. Rodriguez
Fla. Bar No. 38175
Reich Rodriguez, P.A.
9999 N.E. 2nd Ave., #204
Miami Shores, FL 33138
Tel: (786) 420-6235
Fax: (786) 420-6281
laura@reichrodriguez.com
clarissa@reichrodriguez.com

## CERTIFICATE OF GOOD FAITH CONFERENCE; UNABLE TO CONFER

Pursuant to Local Rule 7.1(a)(3)(B), I hereby certify that counsel for the movant has made reasonable efforts to confer with all parties and non-parties who may be affected by the relief sought in the motion but has been unable to do so. Specifically, meet and confer e-mails were sent to Eduardo Perez Bucci and Flavia Ferrero to their last known e-mail addresses on April 13, 15, and 20, 2021.

For Eduardo Perez Bucci: bucci@tvmia.com.
For Flavia Ferrero: FF@tvmia.com; laveral@hotmail.com; flaveral@compuserve.com; fferrero@hotmail.com; fferrero@msn.com; flavia@ticketcenterpr.com; Ferrero@linealz3.com; and flavia.ferrero@kw.com.

We have not received any response from them to date.

/s/ Laura M. Reich
Laura M. Reich

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 4, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served on the same date on all counsel of record on the following Service List via

transmission of Notices of Electronic Filing generated by the CM/ECF system and, for those parties or individuals who do not receive CM/ECF notices, via US Mail.

/s/ Laura M. Reich
Laura M. Reich

**SERVICE LIST**

| Via US Mail | Via CM/ECF |
|---|---|
| **Eduardo Perez Bucci**<br><br>- bucci@tvmia.com<br>- Calle Claudio coello 51, piso 1, Madrid, Madrid, Spain 28001<br>*(Via US international mail)* | **Jamiee L. Braverman**<br>**LIEBLER, GONZALEZ & PORTUONDO**<br><br>- Courthouse Tower – 25th Floor 44 West Flagler Street Miami, Florida 33130 (305) 379-0400<br>- service@lgplaw.com |
| **TVmia International Corp.**<br><br>- bucci@tvmia.com<br>- Calle Claudio coello 51, piso 1, Madrid, Madrid, Spain 28001<br>(Via US international mail) | **Flavia Ferrero**<br><br>- 527 NE 69 Street Miami, FL 33138<br>- Emails: FF@tvmia.com; laveral@hotmail.com; flaveral@compuserve.com; fferrero@hotmail.com; fferrero@msn.com; flavia@ticketcenterpr.com; Ferrero@linealz3.com; and flavia.ferrero@kw.com. |
| **World Pass Communications Corp.**<br><br>- bucci@tvmia.com<br>- Calle Claudio coello 51, piso 1, Madrid, Madrid, Spain 28001<br>(Via US international mail) | **Unitel Global Limited LLC**<br><br>297 Kingsbury Grade, Suite 100<br>MB 4470<br>Lake Tahoe, NV 89449-4470<br><br>and<br><br>NORTHWEST REGISTERED AGENT LLC<br>3030 N Rocky Point Dr., Ste 150A<br>Tampa, FL 33607 |
| **TeVeYa Corp.**<br>**c/o Secretary of State**<br><br>- P.O. Box 6327 Tallahassee, FL 32301<br><br>- Registered Agent: Alberto P. Cuestas 123 SE 3rd Ave., #368 Miami, FL 33131 | **Marcelo J. Adarvez**<br><br>- 245 SE 6th Street. Dania, FL 33004 |